# United States District Court
## Violation Notice

EV64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7334477 | 132 | 132 |

7334477

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/01/2017 1554 | 36 CFR 4.21(c) |

Place of Offense

S/B GWMP AT CIA

Offense Description: Factual Basis for Charge        HAZMAT ☐

SPEED 81/50

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| PHILLIPS | STEVEN | L |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| FD0530 | DC | 16 | DODGE/CHARGER | | WHITE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

MA

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court | 01/15/2018 |
| 401 Courthouse Square | Time (hh:mm) |
| Alexandria, VA 22314 | 0900 |
| (703) 299-2100 | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)        Original - CVB Copy

CVB SCAN NOV 13, 2017 08:00

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation      ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN NOV 13, 2017 08:00